JODI LINKER
Federal Public Defender
Northern District of California
KAITLYN R. FRYZEK
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507
Email:        Kaitlyn_Fryzek@fd.org

Counsel for Defendant Mansapit

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 25-203 JST (VKD) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY BOND** |
| v. | |
| DESIREE MANSAPIT, | |
| Defendant. | |

Desiree Chantelle Mansapit made her initial appearance in this case on January 26, 2026. That same day, Ms. Mansapit was released on a personal recognizance bond with terms and conditions of her release. These conditions included that Ms. Mansapit submit to the supervision of pretrial services and that she not travel outside of the Northern District of California without prior approval.

The parties request that Ms. Mansapit's pretrial release conditions be modified to permit her to travel to the Eastern District of California, after notifying Pretrial Services, for the purpose of visiting a family member who resides at a long-term care facility in Bakersfield, California. For the past seven years, Ms. Mansapit has served as the primary point of contact for this family member and has coordinated his medical, legal, and financial issues due to his severe and debilitating disability. All

travel itineraries would be approved by Pretrial Services in advance. The Pretrial Services office has indicated they do not object to this modification request. For these reasons, the parties stipulate and agree that the Court should modify Ms. Mansapit's January 26, 2026, bond as set forth in the proposed order.  All other conditions of her release shall remain in place.

IT IS SO STIPULATED.


Dated:      January 27, 2026


JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
KAITLYN R. FRYZEK
Assistant Federal Public Defender


Dated:      January 27, 2026


CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____/S_____
ZACHARY GLIMCHER
Special Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO MODIFY BOND
*MANSAPIT*, CR 25-203 JST (VKD)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 25-203 JST (VKD) |
| Plaintiff, | [~~PROPOSED~~] **ORDER TO MODIFY BOND** |
| v. | |
| DESIREE MANSAPIT, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties above, and for good cause, Ms. Mansapit's January 26, 2026, bond is modified to permit her to travel to the Eastern District of California after receiving approval from Pretrial Services. All itineraries are to be approved by Pretrial Services in advance. All other conditions of her release shall remain in place.

IT IS SO ORDERED.

Dated:      February 4, 2026

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

[~~PROPOSED~~] ORDER TO MODIFY BOND
*MANSAPIT*, CR 25-203 (VKD)

1